**Order entered January 2, 2018**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-01314-CV

**MAPLE HEIGHTS INVESTMENTS, LLC, Appellant**

**V.**

**MONTERREY ENTERPRISES LTD., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14483**

## ORDER

Before the Court is appellee's December 19, 2017 motion to extend time to file a brief in this accelerated interlocutory appeal. In the motion, appellee asks for an extension of twenty days, citing deadlines in several other cases and pre-planned vacations scheduled during the holidays. In response, appellant notes that trial on the underlying matter is set for April 9, 2018 and states it is "opposed to the 20 day extension sought but does not oppose a more reasonable extension of 10 days." We **GRANT** appellee's motion. Appellee's brief shall be filed by **January 24, 2018**.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE